**Order entered June 23, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-15-00011-CR
No. 05-15-00012-CR
No. 05-15-00013-CR

**BERNARD JEROME COY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-53722-W, F14-70104-W, F14-70105-W**

## ORDER

The Court **GRANTS** appellant's June 21, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    ADA BROWN
        JUSTICE